**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| SAHRA A. KOSAR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:09-0739 |
| | ) | Judge Trauger |
| UNITED STATES OF AMERICA, | ) | Magistrate Judge Bryant |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On January 7, 2010, the Magistrate Judge issued a Report and Recommendation (Docket No. 15), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41, Fed. R. Civ. P.

It is so **ORDERED.**

Enter this 8th day of February 2010.

                                                                            _____
                                                                            ALETA A. TRAUGER
                                                                            U.S. District Judge